IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | CRIMINAL ACTION NO. 1:13-CR-55 (13) |
| | § | |
| v. | § | |
| | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| ISAAC MIRELES, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The Court referred Defendant, Isaac Mireles's, *Pro Se Motion for Early Termination of Supervised Release* filed on October 28, 2024 (Dkt. #1462) to Magistrate Judge Hawthorn for disposition. (Dkt. #1468.) After review and consideration, Judge Hawthorn issued a report recommending denying Mireles's motion. (Dkt. #1471.)

Neither party filed objections to Judge Hawthorn's recommendations. The court finds that Judge Hawthorn's findings are correct and accepts his recommendation to deny the Defendant's motions. Accordingly,

the Court ADOPTS Judge Hawthorn's report (Dkt. #1471) and DENIES the Defendant's *Pro Se Motion for Early Termination of Supervised Release* (Dkt. #1462).

**SIGNED this 8th day of March, 2025.**

Michael J. Truncale
United States District Judge